# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** GEORGIA
## NEWNAN **DIVISION**

|  |  |  |
|---|---|---|
| In Re: | § | |
| | § | |
| High-Top Holdings, Inc. | § | Case No. 16-10022 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAMES G. BAKER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 9,451.85                        Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants:  603,444.00        Claims Discharged
                                                     Without Payment:  NA

Total Expenses of Administration:  127,105.25

3) Total gross receipts of $ 730,549.25  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 730,549.25  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 181,130.19 | $ 1,055,706.99 | $ 1,055,706.99 | $ 562,487.69 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 119,885.90 | 119,885.90 | 119,885.90 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 7,219.35 | 7,219.35 | 7,219.35 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 23.00 | 1,026.00 | 1,026.00 | 1,026.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 72.33 | 453,394.40 | 453,394.40 | 39,930.31 |
| **TOTAL DISBURSEMENTS** | $ 181,225.52 | $ 1,637,232.64 | $ 1,637,232.64 | $ 730,549.25 |

4)  This case was originally filed under chapter 11 on  01/04/2016 , and it was converted to chapter 7 on  01/26/2017 .  The case was pending for 27 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/29/2019                          By:/s/JAMES G. BAKER
                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| .16 acres, 1019 Ray St., Spalding County, GA | 1110-000 | 700.00 |
| .16 acres, 1023 Ray St., Spalding County, GA | 1110-000 | 700.00 |
| .16 acres, 125 Ray St., Spalding County, GA | 1110-000 | 700.00 |
| .31 acres, E. Northwood Dr., Spalding County, GA Parcel #108 | 1110-000 | 100.00 |
| .32 acres, E. Northwood Dr., Spalding County, GA Parcel #108 | 1110-000 | 100.00 |
| .40 acres, E. Northwood Dr., Spalding County, GA Parcel #108 | 1110-000 | 100.00 |
| .42 acres, Newnan Rd., Spalding County, GA Parcel #080A01006 | 1110-000 | 500.00 |
| .51 acres, E. Northwood Dr., Spalding County, GA Parcel #108 | 1110-000 | 100.00 |
| .69 acres, Oak St., Spalding County, GA Parcel #11015008 | 1110-000 | 500.00 |
| 1 acre, 921 Canary Ct., Clayton County | 1110-000 | 100.00 |
| 1.95 acres, 2798 Jackson Rd., Spalding County, GA | 1110-000 | 1,000.00 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1005 Hamilton Dr., Henry County, GA | 1110-000 | 100.00 |
| 11 Oak St., Spalding County | 1110-000 | 12,150.72 |
| 139 Hampton Oaks Dr., Henry County, GA | 1110-000 | 75,000.00 |
| 179 Ashley Trace Dr., Henry County | 1110-000 | 100.00 |
| 187 Ashley Trace Dr., Henry County, GA | 1110-000 | 100.00 |
| 195 Ashley Trace, Henry County, GA | 1110-000 | 100.00 |
| 2 acres, Hwy 192 Spur, Emanuel County | 1110-000 | 100.00 |
| 3.7 acres, 964 & 964A S. McDonough Rd, Spalding County, GA | 1110-000 | 200.00 |
| 386 Aonia Rd., 9.76 acres agricultural, Wilkes County | 1110-000 | 1,500.00 |
| 406 N. 17th St., Spalding County | 1110-000 | 9,704.60 |
| 5 acres, agricultural, Aonia Rd., Wilkes County, GA | 1110-000 | 1,500.00 |
| 718 Derek Place, Henry County | 1110-000 | 100.00 |
| Lot Lot 210, district 3, Ashley Trace Sub, Henry County, GA | 1110-000 | 100.00 |
| Accounts Receivables | 1121-000 | 2,757.35 |
| Promissory Note, from Frantz Severe, Georgette Severe & Jean | 1121-000 | 932.38 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1997 Volvo truck | 1129-000 | 2,000.00 |
| Checking account - Regions Bank | 1129-000 | 4,457.26 |
| .98 acres, Warren County | 1210-000 | 100.00 |
| 1.2 acres, Steele Dr., Henry County, GA | 1210-000 | 1,000.00 |
| 15 Oak Street, Spalding County | 1210-000 | 3,162.68 |
| 1710 Newnan Rd. aka 1710 West Hwy. 16 | 1210-000 | 525,000.00 |
| 2547 Old Atlanta Road | 1210-000 | 12,230.40 |
| 4183 Old Atlanta Road | 1210-000 | 8,352.00 |
| Rental Income - 1.95 acres, 2798 Jackson Road., Spalding County, GA | 1222-000 | 4,974.22 |
| Rental Income - 11 Oak St., Spalding County | 1222-000 | 5,135.72 |
| Rental Income - 139 Hampton Oaks Dr. | 1222-000 | 6,600.00 |
| Rental Income - 1710 Newnan Rd. | 1222-000 | 26,250.00 |
| Rental Income - 2547 Old Atlanta Road | 1222-000 | 6,540.38 |
| Rental Income - 386 aonia Rd. | 1222-000 | 841.60 |
| Rental Income - 406 N. 17th St., Spalding County | 1222-000 | 5,409.12 |
| Rental Income - 4183 Old Atlanta Rd. | 1222-000 | 8,931.00 |
| Rental Income - 5 acres Aonia Rd. | 1222-000 | 465.82 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Contractor's License | 1229-000 | 10.00 |
| Overage refund | 1290-000 | 44.00 |
| **TOTAL GROSS RECEIPTS** | | **$730,549.25** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ditech | | 28,675.43 | NA | NA | 0.00 |
| | Japeth Jackson | | 50,000.00 | NA | NA | 0.00 |
| | United Bank of Griffin | | 26,670.00 | NA | NA | 0.00 |
| | United Bank of Griffin | | 47,330.00 | NA | NA | 0.00 |
| 1 | Bank Of North Georgia, A Division Of Synovus Bank | 4110-000 | 10,690.16 | 16,261.15 | 16,261.15 | 0.00 |
| 2 | Bank Of North Georgia, A Division Of Synovus Bank | 4110-000 | 0.00 | 58,786.52 | 58,786.52 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Bank Of North Georgia, A Division Of Synovus Bank | 4110-000 | NA | 15,992.27 | 15,992.27 | 0.00 |
| | Bank of the Ozarks | 4110-000 | NA | 429,689.81 | 429,689.81 | 429,689.81 |
| 6 | Bank Of The Ozarks | 4110-000 | 0.00 | 402,179.36 | 402,179.36 | 0.00 |
| 5 | David Curry | 4110-000 | 1,989.86 | 0.00 | 0.00 | 0.00 |
| | Ditech Financial LLC f/k/a Green Tree Servicing LLC | 4110-000 | NA | 2,476.11 | 2,476.11 | 2,476.11 |
| | Persons Banking Co. | 4110-000 | NA | 467.17 | 467.17 | 467.17 |
| | Persons Banking Company | 4110-000 | NA | 6,073.21 | 6,073.21 | 6,073.21 |
| | RREF II BB-GA, LLC | 4110-000 | NA | 24,361.29 | 24,361.29 | 24,361.29 |
| | United Bank | 4110-000 | NA | 31,978.58 | 31,978.58 | 31,978.58 |
| 4 | Internal Revenue Service | 4300-000 | 15,774.74 | 13,823.26 | 13,823.26 | 13,823.26 |
| | Henry County Tax Commissioner | 4700-000 | NA | 2,788.75 | 2,788.75 | 2,788.75 |
| | Spalding County Tax Comm | 4700-000 | NA | 50,829.51 | 50,829.51 | 50,829.51 |
| **TOTAL SECURED CLAIMS** | | | **$ 181,130.19** | **$ 1,055,706.99** | **$ 1,055,706.99** | **$ 562,487.69** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES G. BAKER | 2100-000 | NA | 39,777.46 | 39,777.46 | 39,777.46 |
| JAMES G. BAKER | 2200-000 | NA | 60.84 | 60.84 | 60.84 |
| Spalding County Clerk of Superior Court | 2500-000 | NA | 58.00 | 58.00 | 58.00 |
| Union Bank | 2600-000 | NA | 1,244.59 | 1,244.59 | 1,244.59 |
| Clerk, United States Bankruptcy Court | 2700-000 | NA | 15.00 | 15.00 | 15.00 |
| Henry County Tax Commissioner | 2820-000 | NA | 1,085.71 | 1,085.71 | 1,085.71 |
| Spalding County Tax Comm | 2820-000 | NA | 5,355.40 | 5,355.40 | 5,355.40 |
| United States Trustee | 2950-000 | NA | 325.00 | 325.00 | 325.00 |
| James G. Baker P. C. | 3110-000 | NA | 34,485.50 | 34,485.50 | 34,485.50 |
| James G. Baker P. C. | 3120-000 | NA | 1,228.99 | 1,228.99 | 1,228.99 |
| Stonebridge Accounting & Forensics LLC | 3410-000 | NA | 10,506.00 | 10,506.00 | 10,506.00 |
| Stonebridge Accounting & Forensics LLC | 3420-000 | NA | 243.41 | 243.41 | 243.41 |
| Ann Imes & Associates | 3510-000 | NA | 12,750.00 | 12,750.00 | 12,750.00 |
| First Choice Realty Group GA | 3510-000 | NA | 2,250.00 | 2,250.00 | 2,250.00 |
| Remax Results | 3510-000 | NA | 10,500.00 | 10,500.00 | 10,500.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 119,885.90 | $ 119,885.90 | $ 119,885.90 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Trustee Expenses: James G. Baker | 6102-000 | NA | 168.85 | 168.85 | 168.85 |
| Prior Chapter Attorney for Trustee Fees (Trustee Firm): James G. Baker P. C. | 6110-000 | NA | 7,050.50 | 7,050.50 | 7,050.50 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 7,219.35 | $ 7,219.35 | $ 7,219.35 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Georgia Department of Revenue | | 23.00 | NA | NA | 0.00 |
| 4 | Internal Revenue Service | 5800-000 | NA | 1,026.00 | 1,026.00 | 1,026.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 23.00 | $ 1,026.00 | $ 1,026.00 | $ 1,026.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Modern | | 72.33 | NA | NA | 0.00 |
| | Ashley Farms, Inc. | | 0.00 | NA | NA | 0.00 |
| | AT&T | | 0.00 | NA | NA | 0.00 |
| | At&T | | 0.00 | NA | NA | 0.00 |
| | Bright Star Plantation | | 0.00 | NA | NA | 0.00 |
| | Calloway Homes, LLC | | 0.00 | NA | NA | 0.00 |
| | Calvin Holdings, LLC | | 0.00 | NA | NA | 0.00 |
| | Cedar Creek Farms | | 0.00 | NA | NA | 0.00 |
| | Clara Company | | 0.00 | NA | NA | 0.00 |
| | CNH Capital | | 0.00 | NA | NA | 0.00 |
| | Debbie Trust | | 0.00 | NA | NA | 0.00 |
| | Foursome, LLC | | 0.00 | NA | NA | 0.00 |
| | Howard Jackson | | 0.00 | NA | NA | 0.00 |
| | HTH Debbie & Susie Truste | | 0.00 | NA | NA | 0.00 |
| | JH & Clara Jackson FLP/Pu | | 0.00 | NA | NA | 0.00 |
| | Johnston, Owen & Bullard | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lockbox, Inc. | | 0.00 | NA | NA | 0.00 |
| | Magy-J, Inc. | | 0.00 | NA | NA | 0.00 |
| | Middle GA Recylcing | | 0.00 | NA | NA | 0.00 |
| | Persons Banking Co. | | 0.00 | NA | NA | 0.00 |
| | Prowler Fund | | 0.00 | NA | NA | 0.00 |
| | Sherwood Forest, LLC | | 0.00 | NA | NA | 0.00 |
| | Southern Mutual | | 0.00 | NA | NA | 0.00 |
| | Susie Truste | | 0.00 | NA | NA | 0.00 |
| | WCK Investments,Inc. | | 0.00 | NA | NA | 0.00 |
| 7 | Rref Ii Bb-Ga Llc | 7100-000 | 0.00 | 450,406.51 | 450,406.51 | 39,930.31 |
| 4 | Internal Revenue Service | 7300-000 | NA | 2,987.89 | 2,987.89 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 72.33** | **$ 453,394.40** | **$ 453,394.40** | **$ 39,930.31** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-10022 | WHD | Judge: | W. H. Drake Jr. | Trustee Name: | JAMES G. BAKER |
|---|---|---|---|---|---|---|

| Case Name: | High-Top Holdings, Inc. |
|---|---|

Date Filed (f) or Converted (c):  01/26/2017 (c)

341(a) Meeting Date:  02/10/2016

For Period Ending:  05/08/2019

Claims Bar Date:  05/25/2017

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Checking account - Regions Bank #4303 | 11.04 | 0.00 | | 0.00 | FA |
| 2.  Checking account - United Bank #1423 | 4,240.81 | 0.00 | | 0.00 | FA |
| 3.  Checking account - Regions Bank | 2,421.60 | 4,457.26 | | 4,457.26 | FA |
| 4.  Accounts Receivables | 476,358.64 | 2,757.15 | | 2,757.35 | FA |
| 5.  2 copier machines, other misc. office equipment | 1,000.00 | 0.00 | | 0.00 | FA |
| 6.  1997 Volvo truck | 6,000.00 | 2,000.00 | | 2,000.00 | FA |
| 7.  Loader | 2,500.00 | 0.00 | | 0.00 | FA |
| 8.  Skidsteer loader with blown engine | 1,200.00 | 0.00 | | 0.00 | FA |
| 9.  Misc. hand tools | 500.00 | 0.00 | | 0.00 | FA |
| 10.  .32 acres, E. Northwood Dr., Spalding County, GA Parcel #108 | 500.00 | 100.00 | | 100.00 | FA |
| 11.  .31 acres, E. Northwood Dr., Spalding County, GA Parcel #108 | 500.00 | 100.00 | | 100.00 | FA |
| 12.  .40 acres, E. Northwood Dr., Spalding County, GA Parcel #108 | 500.00 | 100.00 | | 100.00 | FA |
| 13.  .51 acres, E. Northwood Dr., Spalding County, GA Parcel #108 | 500.00 | 100.00 | | 100.00 | FA |
| 14.  .42 acres, Newnan Rd., Spalding County, GA Parcel #080A01006 | 5,400.00 | 500.00 | | 500.00 | FA |
| 15.  .69 acres, Oak St., Spalding County, GA Parcel #11015008 | 4,725.00 | 500.00 | | 500.00 | FA |
| 16.  .16 acres, 1019 Ray St., Spalding County, GA | 3,500.00 | 700.00 | | 700.00 | FA |
| 17.  .16 acres, 1023 Ray St., Spalding County, GA | 3,500.00 | 700.00 | | 700.00 | FA |
| 18.  .16 Ray St., Spalding County, GA | 3,500.00 | 700.00 | | 700.00 | FA |
| 19.  1.95 acres, 2798 Jackson Rd., Spalding County, GA | 45,000.00 | 1,000.00 | | 1,000.00 | FA |
| 20.  3.7 acres, 964 & 964A S. McDonough Rd, Spalding County, GA | 39,456.00 | 200.00 | | 200.00 | FA |
| 21.  139 Hampton Oaks Dr., Henry County, GA | 53,300.00 | 75,000.00 | | 75,000.00 | FA |
| 22.  1 acre, 921 Canary Ct., Clayton County | 12,000.00 | 100.00 | | 100.00 | FA |
| 23.  2 acres, Hwy 192 Spur, Emanuel County | 3,816.00 | 100.00 | | 100.00 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 16-10022 | WHD | Judge: | W. H. Drake Jr. | Trustee Name: | JAMES G. BAKER |
|---|---|---|---|---|---|---|
| Case Name: | High-Top Holdings, Inc. | | | | Date Filed (f) or Converted (c): | 01/26/2017 (c) |
| | | | | | 341(a) Meeting Date: | 02/10/2016 |
| For Period Ending: | 05/08/2019 | | | | Claims Bar Date: | 05/25/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 24.  406 N. 17th St., Spalding County | 40,000.00 | 9,704.60 | | 9,704.60 | FA |
| 25.  Lot Lot 210, district 3, Ashley Trace Sub, Henry County, GA | 500.00 | 100.00 | | 100.00 | FA |
| 26.  1005 Hamilton Dr., Henry County, GA | 500.00 | 100.00 | | 100.00 | FA |
| 27.  179 Ashley Trace Dr., Henry County | 500.00 | 100.00 | | 100.00 | FA |
| 28.  187 Ashley Trace Dr., Henry County, GA | 500.00 | 100.00 | | 100.00 | FA |
| 29.  195 Ashley Trace, Henry County, GA | 500.00 | 100.00 | | 100.00 | FA |
| 30.  718 Derek Place, Henry County | 500.00 | 100.00 | | 100.00 | FA |
| 31.  11 Oak St., Spalding County | 60,000.00 | 12,150.72 | | 12,150.72 | FA |
| 32.  5 acres, agricultural, Aonia Rd., Wilkes County, GA | 6,682.50 | 1,500.00 | | 1,500.00 | FA |
| 33.  386 Aonia Rd., 9.76 acres agricultural, Wilkes County | 10,407.54 | 1,500.00 | | 1,500.00 | FA |
| 34.  Promissory Note, from Frantz Severe, Georgette Severe &<br>Jean | 11,200.00 | 1,000.00 | | 932.38 | FA |
| 35.  Potential claims against RREF II BB Acquisitions, LLC, Bank | Unknown | 0.00 | OA | 0.00 | FA |
| 36.  Rental Income - 1.95 acres, 2798 Jackson Road., Spalding<br>County, GA (u) | Unknown | 4,974.22 | | 4,974.22 | FA |
| 37.  2547 Old Atlanta Road (u) | 0.00 | 12,230.40 | | 12,230.40 | FA |
| 38.  4183 Old Atlanta Road (u) | 0.00 | 8,352.00 | | 8,352.00 | FA |
| 39.  4180 Old Atlanta Road (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 40.  15 Oak Street, Spalding County (u) | 0.00 | 3,162.68 | | 3,162.68 | FA |
| 41.  Contractor's License (u) | 0.00 | 10.00 | | 10.00 | FA |
| 42.  1710 Newnan Rd. aka 1710 West Hwy. 16 (u) | 0.00 | 525,000.00 | | 525,000.00 | FA |
| 43.  .98 acres, Warren County (u) | Unknown | 100.00 | | 100.00 | FA |
| 44.  Rental Income - 139 Hampton Oaks Dr. (u) | 0.00 | 6,600.00 | | 6,600.00 | FA |
| 45.  Rental Income - 406 N. 17th St., Spalding County (u) | 0.00 | 5,409.12 | | 5,409.12 | FA |
| 46.  Rental Income - 11 Oak St., Spalding County (u) | 0.00 | 5,135.72 | | 5,135.72 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 16-10022 | WHD | Judge: | W. H. Drake Jr. | Trustee Name: | JAMES G. BAKER |
| Case Name: | High-Top Holdings, Inc. | | | | Date Filed (f) or Converted (c): | 01/26/2017 (c) |
| | | | | | 341(a) Meeting Date: | 02/10/2016 |
| For Period Ending: | 05/08/2019 | | | | Claims Bar Date: | 05/25/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 47.  Rental Income - 5 acres Aonia Rd. (u) | 0.00 | 500.00 | | 465.82 | FA |
| 48.  Rental Income - 386 aonia Rd. (u) | 0.00 | 850.00 | | 841.60 | FA |
| 49.  Rental Income - 2547 Old Atlanta Road (u) | 0.00 | 7,000.00 | | 6,540.38 | FA |
| 50.  Rental Income - 4183 Old Atlanta Rd. (u) | 0.00 | 9,000.00 | | 8,931.00 | FA |
| 51.  Rental Income - 1710 Newnan Rd. (u) | 0.00 | 26,250.00 | | 26,250.00 | FA |
| 52.  1.2 acres, Steele Dr., Henry County, GA (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 53.  Overage refund (u) | 0.00 | 44.00 | | 44.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $801,719.13 | $731,187.87 | | $730,549.25 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Chapter 11 case filed 1/4/16; order entered 11/17/16 granting Motion to Appoint James Baker as Trustee.  Order entered 1/26/17 granting Trustee's motion to convert to a Chapter 7.  Trustee is continuing to investigate possible assets of the estate. Order entered 12/28/2017 granting sale of 139 Hampton Oaks Drive. Trustee negotiated with principle of the Debtor regarding remaining assets and negotiating a compromise. TDR prepared and submitted to UST.

| RE PROP # | 5 | -- | |
| RE PROP # | 6 | -- | Compromise negotiated |
| RE PROP # | 10 | -- | Trustee negotiated compromise with Debtors to purchase |
| RE PROP # | 11 | -- | Trustee negotiated compromise with Debtors to purchase |
| RE PROP # | 12 | -- | Trustee negotiated compromise with Debtors to purchase |
| RE PROP # | 13 | -- | Trustee negotiated compromise with Debtors to purchase |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Exhibit 8

RE PROP #     14    --    Trustee negotiated compromise with Debtors to purchase
RE PROP #     15    --    Trustee negotiated compromise with Debtors to purchase
RE PROP #     16    --    compromise with Debtor, Docket #183
RE PROP #     17    --    compromise with Debtor, Docket #183
RE PROP #     18    --    compromise with Debtor, Docket #183
RE PROP #     19    --    compromise with Debtor, Docket #183
RE PROP #     20    --    Trustee negotiated compromise with Debtors to purchase
RE PROP #     21    --    Sold, Order granting sale entered 12/28/17
RE PROP #     22    --    Trustee negotiated compromise with Debtors to purchase
RE PROP #     23    --    Trustee negotiated compromise with Debtors to purchase
RE PROP #     24    --    compromise, Docket #183
RE PROP #     25    --    Trustee negotiated compromise with Debtors to purchase
RE PROP #     26    --    Trustee negotiated compromise with Debtors to purchase
RE PROP #     27    --    Trustee negotiated compromise with Debtors to purchase
RE PROP #     28    --    Trustee negotiated compromise with Debtors to purchase
RE PROP #     29    --    Trustee negotiated compromise with Debtors to purchase
RE PROP #     30    --    Trustee negotiated compromise with Debtors to purchase
RE PROP #     31    --    compromise, Docket #183
RE PROP #     32    --    Trustee negotiated compromise with Debtors to purchase
RE PROP #     33    --    Trustee negotiated compromise with Debtors to purchase
RE PROP #     34    --    Trustee is investigating as possible asset of the estate

RE PROP #     36    --    Rental income
RE PROP #     37    --    compromise, Docket #183
RE PROP #     38    --    compromise, Docket #183
RE PROP #     40    --    compromise, Docket #183
RE PROP #     41    --    compromise, Docket #183
RE PROP #     42    --    sold per order 6/30/17, Docket #169
RE PROP #     43    --    Trustee negotiated compromise with Debtors to purchase
RE PROP #     44    --    Rental income
RE PROP #     45    --    Rental income
RE PROP #     46    --    Rental income
RE PROP #     47    --    Rental income
RE PROP #     48    --    Rental income

RE PROP #     50    --    Rental income
RE PROP #     51    --    Rental income
RE PROP #     52    --    Trustee negotiated compromise with Debtor

Initial Projected Date of Final Report (TFR): 12/31/2018        Current Projected Date of Final Report (TFR): 12/31/2018

Page:    5

Exhibit 8

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-10022

Case Name: High-Top Holdings, Inc.

Taxpayer ID No: XX-XXX5227

For Period Ending: 05/08/2019

Trustee Name: JAMES G. BAKER

Bank Name: Union Bank

Account Number/CD#: XXXXXX6543

Checking

Blanket Bond (per case limit): $30,203,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/17/17 | 44 | Kylie N. Boyd | Rent 139 Hampton Oaks Drive | 1222-000 | $290.00 | | $290.00 |
| 02/17/17 | 44 | Kristina Ford | Rent 139 Hampton Oaks Drive | 1222-000 | $535.00 | | $825.00 |
| 02/17/17 | 36 | Miller Properties, LLC | 2798 Jackson Rd. | 1222-000 | $608.32 | | $1,433.32 |
| 02/17/17 | 51 | Pathway Center for Behavioral & Developmental Growth | Rent 1710 Newnan Road | 1222-000 | $5,250.00 | | $6,683.32 |
| 02/17/17 | 3 | High Top Holdings, Inc. | DiP checking account - transfer funds in account on hand | 1129-000 | $2,466.26 | | $9,149.58 |
| 02/22/17 | 48 | Clara Company | Rent 1/3 Graham 386 Aonia Rd | 1222-000 | $84.16 | | $9,233.74 |
| 03/03/17 | 44 | Kylie Boyd | Rent 139 Hampton Oaks | 1222-000 | $290.00 | | $9,523.74 |
| 03/03/17 | 44 | Kristina Ford | Rent 139 Hampton Oaks Drive | 1222-000 | $535.00 | | $10,058.74 |
| 03/09/17 | 51 | Pathways Center | Rent 1710 Newnan Road | 1222-000 | $5,250.00 | | $15,308.74 |
| 03/23/17 | 34 | Georgette Severe | Promissory note payment | 1121-000 | $246.00 | | $15,554.74 |
| 03/23/17 | 45 | Miller Properties, LLC | Rent - 406 N. 17th St. | 1222-000 | $676.14 | | $16,230.88 |
| 03/23/17 | 47 | Clara Company | Rent - 1/3 Kennedy 5 acres Aonia Rd. | 1222-000 | $116.66 | | $16,347.54 |
| 03/23/17 | 48 | Clara Company | Rent - 1/3 Graham 386 Aonia Rd. | 1222-000 | $84.16 | | $16,431.70 |
| 03/27/17 | 49 | Shirley Goen | Rent 2547 Old Atl. Road | 1222-000 | $467.17 | | $16,898.87 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.00 | $16,883.87 |
| 04/06/17 | 49 | Shirley Goen | Rent 2547 Old Atlanta Rd. | 1222-000 | $467.17 | | $17,351.04 |
| 04/06/17 | 44 | Kristina Ford | Rent 139 Hampton Oaks Drive | 1222-000 | $825.00 | | $18,176.04 |

Page Subtotals:  $18,191.04   $15.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-10022

Case Name: High-Top Holdings, Inc.

Trustee Name: JAMES G. BAKER

Bank Name: Union Bank

Account Number/CD#: XXXXXX6543

Checking

Taxpayer ID No: XX-XXX5227

For Period Ending: 05/08/2019

Blanket Bond (per case limit): $30,203,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/06/17 | 51 | Pathways Center for Behavioral & Developmental Growth | Rent 1710 Newnan Road | 1222-000 | $5,250.00 | | $23,426.04 |
| 04/14/17 | 34 | Clara Company | 1/3 Walton | 1121-000 | $116.60 | | $23,542.64 |
| 04/14/17 | 36 | Miller Properties, LLC | Rent - 2798 Jackson Road | 1222-000 | $623.70 | | $24,166.34 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $20.81 | $24,145.53 |
| 05/04/17 | 51 | Pathways Center for Behavioral & Developmental Growth | Rent 1710 Newnan Road | 1222-000 | $5,250.00 | | $29,395.53 |
| 05/04/17 | 44 | Kristina Ford | Rent 139 Hampton Oaks Drive | 1222-000 | $825.00 | | $30,220.53 |
| 05/09/17 | 49 | Shirley Goen | 2547 Old Atlanta Road Rent | 1222-000 | $467.17 | | $30,687.70 |
| 05/09/17 | 48 | Clara Company | Rent - 1/3 Graham 386 Aonia Rd. | 1222-000 | $84.16 | | $30,771.86 |
| 05/09/17 | 3 | Regions Bank | Transfer funds on hand in bank account | 1129-000 | $1,991.00 | | $32,762.86 |
| 05/19/17 | 46 | Miller Properties, LLC | Rent 11 Oak St. | 1222-000 | $733.76 | | $33,496.62 |
| 05/19/17 | 47 | Clara Company | Rent 1/3 Kennedy 5 acres Aonia Rd | 1222-000 | $66.66 | | $33,563.28 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $32.30 | $33,530.98 |
| 05/31/17 | 48 | Clara Company | 1/3 - Graham 386 Aonia Rd | 1222-000 | $84.16 | | $33,615.14 |
| 06/08/17 | 44 | Kristina Ford | 139 Hampton Oaks Dr. Rent | 1222-000 | $825.00 | | $34,440.14 |
| 06/08/17 | 51 | Pathways Center for Behavioral & Developmental Growth | Rent 1710 Newnan Road | 1222-000 | $5,250.00 | | $39,690.14 |

Page Subtotals: $21,567.21    $53.11

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-10022                                                      Trustee Name: JAMES G. BAKER                    Exhibit 9
Case Name: High-Top Holdings, Inc.                                     Bank Name: Union Bank
                                                                       Account Number/CD#: XXXXXX6543
                                                                       Checking
Taxpayer ID No: XX-XXX5227                                             Blanket Bond (per case limit): $30,203,000.00
For Period Ending: 05/08/2019                                          Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/08/17 | 45 | Miller Properties, LLC | 406 N 17th St. Rent | 1222-000 | $676.14 | | $40,366.28 |
| 06/13/17 | 50 | GA DCA | Rent 4183 Old Atlanta Road | 1222-000 | $667.00 | | $41,033.28 |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $45.89 | $40,987.39 |
| 06/27/17 | 49 | Shirley Goen | Rent 2547 Old Atl. Road | 1222-000 | $467.17 | | $41,454.56 |
| 06/27/17 | 34 | Georgette Severe | Promissory note payment | 1121-000 | $246.00 | | $41,700.56 |
| 06/27/17 | 47 | Clara Co. | 1/3 Kennedy Rent 5 acres Aonia Rd | 1222-000 | $66.66 | | $41,767.22 |
| 07/03/17 | 50 | GA DCA | Rent 4183 Old Atlanta Road | 1222-000 | $667.00 | | $42,434.22 |
| 07/05/17 | 44 | Kristina Ford | 139 Hampton Oaks Dr. Rent | 1222-000 | $825.00 | | $43,259.22 |
| 07/05/17 | | Sanders, Haugen & Sears, P.C. | sale of 1710 Newnan Road, aka 1710 Hwy 16 West | | $42,428.57 | | $85,687.79 |
| | | | Gross Receipts                                $525,000.00 | | | | |
| | | Spalding County Tax Comm | 2017 county taxes                        ($5,355.40) | 2820-000 | | | |
| | | Ann Imes & Associates | real estate broker fees                ($10,500.00) | 3510-000 | | | |
| | | Remax Results | real estate broker fees                ($10,500.00) | 3510-000 | | | |
| | | Bank of the Ozarks | first mortgage payoff                ($405,328.52) | 4110-000 | | | |
| | | Spalding County Tax Comm | 2014-2015-2016 property taxes    ($50,829.51) | 4700-000 | | | |
| | | Spalding County Clerk of Superior Court | release fee govt recording                ($58.00) | 2500-000 | | | |
| | 42 | | 1710 Newnan Rd. aka 1710 West Hwy. 16    $525,000.00 | 1210-000 | | | |

Page Subtotals:                                                                    $46,043.54        $45.89

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-10022
Case Name: High-Top Holdings, Inc.

Trustee Name: JAMES G. BAKER
Bank Name: Union Bank
Account Number/CD#: XXXXXX6543
Checking

Exhibit 9

Taxpayer ID No: XX-XXX5227
For Period Ending: 05/08/2019

Blanket Bond (per case limit): $30,203,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/05/17 | 53 | Sanders, Haugen & Sears, PC | Refund for recording overage | 1290-000 | $44.00 | | $85,731.79 |
| 07/19/17 | 46 | Miller Properties, LLC | 11 Oak St. Rent | 1222-000 | $733.16 | | $86,464.95 |
| 07/19/17 | 45 | Miller Properties, LLC | 406 N. 17th St. Rent | 1222-000 | $676.14 | | $87,141.09 |
| 07/19/17 | 36 | Miller Properties, LLC | 2798 Jackson Rd. rent | 1222-000 | $623.70 | | $87,764.79 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $56.15 | $87,708.64 |
| 08/01/17 | 50 | Georgia DCA | Rent 4183 Old Atlanta Road | 1222-000 | $667.00 | | $88,375.64 |
| 08/16/17 | 49 | Shirley Goen | 2547 Old Atlanta Rd. Rent | 1222-000 | $467.17 | | $88,842.81 |
| 08/16/17 | 44 | Kristina Ford | 139 Hampton Oaks Dr. Rent | 1222-000 | $825.00 | | $89,667.81 |
| 08/16/17 | 46 | Miller Properties | 11 Oak St. Rent | 1222-000 | $733.76 | | $90,401.57 |
| 08/16/17 | 36 | Miller Properties | 2798 Jackson Rd. rent | 1222-000 | $623.70 | | $91,025.27 |
| 08/16/17 | | Clara Company | 1/3 Graham  1/3 Kennedy Rent | | $138.12 | | $91,163.39 |
| | | | Gross Receipts            $138.12 | | | | |
| | 47 | | Rental Income - 5 acres Aonia Rd.            $53.96 | 1222-000 | | | |
| | 48 | | Rental Income - 386 aonia Rd.            $84.16 | 1222-000 | | | |
| 08/24/17 | 45 | Miller Properties, LLC | 406 N. 17th St. Rent | 1222-000 | $676.14 | | $91,839.53 |
| 08/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $118.13 | $91,721.40 |
| 08/30/17 | 34 | Mae Walton | Walton Note Payment | 1121-000 | $161.89 | | $91,883.29 |

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

Page Subtotals: $6,369.78    $174.28

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-10022
Case Name: High-Top Holdings, Inc.

Trustee Name: JAMES G. BAKER
Bank Name: Union Bank
Account Number/CD#: XXXXXX6543
Checking

Taxpayer ID No: XX-XXX5227
For Period Ending: 05/08/2019

Blanket Bond (per case limit): $30,203,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/01/17 | 50 | Georgia DCA | Rent 4183 Old Atlanta Road | 1222-000 | $630.00 | | $92,513.29 |
| 09/06/17 | 101 | Persons Banking Company | Per Order 9/6/17, Docket #181, rents collected | 4110-000 | | $2,335.73 | $90,177.56 |
| 09/08/17 | 44 | Kristina Ford | 139 Hampton Oaks Dr.Rent | 1222-000 | $825.00 | | $91,002.56 |
| 09/14/17 | 49 | Shirley Goen | Rent - 2547 Old Atlanta Road | 1222-000 | $467.17 | | $91,469.73 |
| 09/14/17 | 36 | Miller Properties, LLC | 2798 Jackson Rd. rent | 1222-000 | $623.70 | | $92,093.43 |
| 09/14/17 | 46 | Miller Properties, LLC | 11 Oak St. Rent | 1222-000 | $733.76 | | $92,827.19 |
| 09/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $133.46 | $92,693.73 |
| 09/27/17 | 34 | Mae Walton | Walton Note Payment | 1121-000 | $161.89 | | $92,855.62 |
| 09/27/17 | 45 | Miller Properties, LLC | 406 N. 17th St. Rent | 1222-000 | $676.14 | | $93,531.76 |
| 10/02/17 | 50 | Georgia DCA | Rent 4183 Old Atlanta Road | 1222-000 | $630.00 | | $94,161.76 |
| 10/06/17 | 49 | Shirley Goen | 2547 Old Atlanta Road Rent | 1222-000 | $467.17 | | $94,628.93 |
| 10/19/17 | 102 | Persons Banking Company | Per Order 9/6/17, Docket #181, rents collected | 4110-000 | | $934.34 | $93,694.59 |
| 10/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $135.22 | $93,559.37 |
| 10/26/17 | 36 | Miller Properties, LLC | 2798 Jackson Rd. rent | 1222-000 | $623.70 | | $94,183.07 |
| 10/26/17 | 46 | Miller Properties, LLC | 11 Oak St. Rent | 1222-000 | $733.76 | | $94,916.83 |
| 10/26/17 | 45 | Miller Properties, LLC | 406 N. 17th St. Rent | 1222-000 | $676.14 | | $95,592.97 |
| 10/26/17 | 48 | Clara Company | 1/3 Graham 386 Aonia Rd Rent | 1222-000 | $84.16 | | $95,677.13 |

Page Subtotals:   $7,332.59   $3,538.75

UST Form 101-7-TDR (10/1/2010) *(Page: 21)*

**FORM 2**
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 16-10022
Case Name: High-Top Holdings, Inc.

Trustee Name: JAMES G. BAKER
Bank Name: Union Bank
Account Number/CD#: XXXXXX6543
Checking

Taxpayer ID No: XX-XXX5227
For Period Ending: 05/08/2019

Blanket Bond (per case limit): $30,203,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/01/17 | 50 | Georgia DCA | Rent 4183 Old Atlanta Road | 1222-000 | $630.00 | | $96,307.13 |
| 11/17/17 | 49 | Shirley Goen | 2547 Old Atlanta Road Rent | 1222-000 | $467.17 | | $96,774.30 |
| 11/22/17 | 36 | Miller Properties, LLC | 2798 Jackson Road Rent | 1222-000 | $623.70 | | $97,398.00 |
| 11/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $143.30 | $97,254.70 |
| 12/01/17 | 46 | Miller Properties, LLC | 11 Oak St  Rent | 1222-000 | $733.76 | | $97,988.46 |
| 12/01/17 | 50 | Georgia DCA | Rent 4183 Old Atlanta Road | 1222-000 | $630.00 | | $98,618.46 |
| 12/06/17 | 49 | Shirley Goen | 2547 Old Atlanta Road Rent | 1222-000 | $467.17 | | $99,085.63 |
| 12/06/17 | 45 | Miller Properties, LLC | 406 N 17th St. Rent | 1222-000 | $676.14 | | $99,761.77 |
| 12/18/17 | 49 | Shirley Goen | 2547 Old Atlanta Road Rent | 1222-000 | $467.17 | | $100,228.94 |
| 12/18/17 | 103 | Persons Banking Company | Per Order 9/6/17, Docket #181, rents collected | 4110-000 | | $1,401.63 | $98,827.31 |
| 12/22/17 | 46 | Miller Properties, LLC | 11 Oak St. Rent | 1222-000 | $733.76 | | $99,561.07 |
| 12/22/17 | 36 | Miller Properties, LLC | 2798 Jackson Rd. rent | 1222-000 | $623.70 | | $100,184.77 |
| 12/22/17 | 48 | Clara Company | 1/3 - Graham 386 Aonia Rd rent | 1222-000 | $84.16 | | $100,268.93 |
| 12/22/17 | 47 | Clara Company | 1/3 - Kennedy rent 5 acres Aonia Rd | 1222-000 | $53.96 | | $100,322.89 |
| 12/22/17 | | Regions Bank | compromise, Docket #183 | | $6,322.54 | | $106,645.43 |
| | | | Gross Receipts            $6,322.54 | | | | |
| | 4 | | Accounts Receivables      $2,190.01 | 1121-000 | | | |

| | | | Page Subtotals: | | $12,513.23 | $1,544.93 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-10022                                                                    Trustee Name:  JAMES G. BAKER          Exhibit 9
Case Name: High-Top Holdings, Inc.                                          Bank Name:  Union Bank
                                                                                      Account Number/CD#:  XXXXXX6543
                                                                                      Checking
Taxpayer ID No: XX-XXX5227                                              Blanket Bond (per case limit): $30,203,000.00
For Period Ending: 05/08/2019                                           Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|  | 31 |  | 11 Oak St., Spalding County | $4,132.53 | 1110-000 |  |  |  |
| 12/22/17 |  | Regions Bank | Per Order 9/29/17, Docket #183, compromise |  | $26,312.42 |  | $132,957.85 |
|  |  |  | Gross Receipts | $26,312.42 |  |  |  |  |
|  | 4 |  | Accounts Receivables | $567.34 | 1121-000 |  |  |  |
|  | 6 |  | 1997 Volvo truck | $2,000.00 | 1129-000 |  |  |  |
|  | 37 |  | 2547 Old Atlanta Road | $12,230.40 | 1210-000 |  |  |  |
|  | 38 |  | 4183 Old Atlanta Road | $8,352.00 | 1210-000 |  |  |  |
|  | 40 |  | 15 Oak Street, Spalding County | $3,162.68 | 1210-000 |  |  |  |
| 12/26/17 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $138.95 | $132,818.90 |
| 01/02/18 | 50 | Georgia DCA | Rent 4183 Old Atlanta Road | 1222-000 | $630.00 |  | $133,448.90 |
| 01/03/18 | 45 | Miller Properties, LLC | 406 N 17th St. Rent | 1222-000 | $676.14 |  | $134,125.04 |
| 01/03/18 |  | Mann & Wooldridge, PC | Per Order 12/28/17, Docket #195, sale of 139 Hampton Oaks |  | $34,646.96 |  | $168,772.00 |
|  |  |  | Gross Receipts | $75,000.00 |  |  |  |  |
|  |  | United Bank | first mortgage payoff | ($31,978.58) | 4110-000 |  |  |  |
|  |  | Ann Imes & Associates | Real estate broker fees | ($2,250.00) | 3510-000 |  |  |  |
|  |  | First Choice Realty Group GA | Real estate broker fees | ($2,250.00) | 3510-000 |  |  |  |
|  |  | Henry County Tax Commissioner | 2014-2016 property taxes | ($2,788.75) | 4700-000 |  |  |  |
|  |  | Henry County Tax Commissioner | 2017 property taxes | ($1,085.71) | 2820-000 |  |  |  |

Page Subtotals:                                                          $62,265.52          $138.95

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-10022

Case Name: High-Top Holdings, Inc.

Trustee Name: JAMES G. BAKER

Bank Name: Union Bank

Account Number/CD#: XXXXXX6543

Checking

Exhibit 9

Taxpayer ID No: XX-XXX5227

For Period Ending: 05/08/2019

Blanket Bond (per case limit): $30,203,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 21 | | 139 Hampton Oaks Dr., Henry County, GA $75,000.00 | 1110-000 | | | |
| 01/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $157.91 | $168,614.09 |
| 01/30/18 | 49 | Shirley Goen | 2547 Old Atlanta Road Rent | 1222-000 | $467.17 | | $169,081.26 |
| 01/30/18 | | Carmel, LLC | Per Order 9/29/17, Docket #183, compromise | | $7,841.04 | | $176,922.30 |
| | | | Gross Receipts $7,841.04 | | | | |
| | 15 | | .69 acres, Oak St., Spalding County, GA Parcel #11015008 $500.00 | 1110-000 | | | |
| | 31 | | 11 Oak St., Spalding County $7,341.04 | 1110-000 | | | |
| 01/30/18 | | Clara Company | Per Order 9/29/17, Docket #183, compromise | | $8,469.65 | | $185,391.95 |
| | | | Gross Receipts $8,469.65 | | | | |
| | 24 | | 406 N. 17th St., Spalding County $7,792.50 | 1110-000 | | | |
| | 31 | | 11 Oak St., Spalding County $677.15 | 1110-000 | | | |
| 01/30/18 | | Foursome, LLC | Per Order 9/29/17, Docket #183, compromise | | $4,486.50 | | $189,878.45 |
| | | | Gross Receipts $4,486.50 | | | | |
| | 16 | | .16 acres, 1019 Ray St., Spalding County, GA $700.00 | 1110-000 | | | |
| | 17 | | .16 acres, 1023 Ray St., Spalding County, GA $700.00 | 1110-000 | | | |
| | 18 | | .16 acres, 125 Ray St., Spalding County, GA $700.00 | 1110-000 | | | |
| | 19 | | 1.95 acres, 2798 Jackson Rd., Spalding County, GA $1,000.00 | 1110-000 | | | |
| | 24 | | 406 N. 17th St., Spalding County $1,386.50 | 1110-000 | | | |

Page Subtotals: $21,264.36    $157.91

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 16-10022 | Trustee Name: JAMES G. BAKER | Exhibit 9 |
| Case Name: High-Top Holdings, Inc. | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX6543 | |
| | Checking | |
| Taxpayer ID No: XX-XXX5227 | Blanket Bond (per case limit): $30,203,000.00 | |
| For Period Ending: 05/08/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/30/18 | | Jeanette Jackson | Per Order 9/29/17, Docket #183, compromise | | $535.60 | | $190,414.05 |
| | | | Gross Receipts | $535.60 | | | |
| | 24 | | 406 N. 17th St., Spalding County | $525.60 | 1110-000 | | |
| | 41 | | Contractor's License | $10.00 | 1229-000 | | |
| 01/30/18 | 47 | Clara Company | 1/3 Kennedy Rent 5 acres Aonia Rd | 1222-000 | $53.96 | | $190,468.01 |
| 02/01/18 | 50 | Georgia DCA | Rent 4183 Old Atlanta Road | 1222-000 | $630.00 | | $191,098.01 |
| 02/14/18 | 48 | Clara Company | 1/3 - Graham 386 Aonia Rd rent | 1222-000 | $84.16 | | $191,182.17 |
| 02/23/18 | 49 | Shirley Goen | 2547 Old Atlanta Road Rent | 1222-000 | $467.17 | | $191,649.34 |
| 02/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $247.47 | $191,401.87 |
| 03/02/18 | 50 | Georgia DCA | Rent 4183 Old Atlanta Road | 1222-000 | $630.00 | | $192,031.87 |
| 03/14/18 | 48 | Clara Company | 1/3 - Graham 386 Aonia Rd rent | 1222-000 | $84.16 | | $192,116.03 |
| 03/19/18 | 49 | Shirley Goen | 2547 Old Atlanta Road - Rent | 1222-000 | $467.17 | | $192,583.20 |
| 03/28/18 | 104 | Persons Banking Company | Per Order 9/6/17, Docket #181, rents collected | 4110-000 | | $1,401.51 | $191,181.69 |
| 04/02/18 | 50 | Georgia DCA | Rent 4183 Old Atlanta Road | 1222-000 | $630.00 | | $191,811.69 |
| 04/13/18 | 49 | Shirley Goen | 2547 Old Atlanta Road Rent | 1222-000 | $467.17 | | $192,278.86 |
| 05/02/18 | 50 | Georgia DCA | Rent 4183 Old Atlanta Road | 1222-000 | $630.00 | | $192,908.86 |
| 05/10/18 | 105 | Ditech Financial LLC f/k/a Green Tree Servicing LLC P. O. Box 0049 Palatine, IL 60055-0049 | Loan Number 0038034088 per Order Docket #183, 9/30/17 | 4110-000 | | $2,476.11 | $190,432.75 |
| | | | Page Subtotals: | | $4,679.39 | $4,125.09 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 25)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-10022

Case Name: High-Top Holdings, Inc.

Taxpayer ID No: XX-XXX5227

For Period Ending: 05/08/2019

Trustee Name: JAMES G. BAKER

Bank Name: Union Bank

Account Number/CD#: XXXXXX6543

Checking

Blanket Bond (per case limit): $30,203,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/10/18 | 106 | Persons Banking Co. | Per Order 9/6/17, Docket #181, rents collected | 4110-000 | | $467.17 | $189,965.58 |
| 06/01/18 | 47 | Clara Company | 1/3 - Kennedy 5 acres Aonia Rd Rent | 1222-000 | $53.96 | | $190,019.54 |
| 06/01/18 | 48 | Clara Company | 1/3 - Graham 386 Aonia Rd rent | 1222-000 | $84.16 | | $190,103.70 |
| 06/01/18 | | High-Top Holdings, Inc. of GA | Per Motion to Sell, hearing 8/29 | | $5,000.00 | | $195,103.70 |
| | | | Gross Receipts $5,000.00 | | | | |
| | 10 | | .32 acres, E. Northwood Dr., Spalding County, GA Parcel #108 $100.00 | 1110-000 | | | |
| | 11 | | .31 acres, E. Northwood Dr., Spalding County, GA Parcel #108 $100.00 | 1110-000 | | | |
| | 12 | | .40 acres, E. Northwood Dr., Spalding County, GA Parcel #108 $100.00 | 1110-000 | | | |
| | 13 | | .51 acres, E. Northwood Dr., Spalding County, GA Parcel #108 $100.00 | 1110-000 | | | |
| | 14 | | .42 acres, Newnan Rd., Spalding County, GA Parcel #080A01006 $500.00 | 1110-000 | | | |
| | 20 | | 3.7 acres, 964 & 964A S. McDonough Rd, Spalding County, GA $200.00 | 1110-000 | | | |
| | 22 | | 1 acre, 921 Canary Ct., Clayton County $100.00 | 1110-000 | | | |
| | 23 | | 2 acres, Hwy 192 Spur, Emanuel County $100.00 | 1110-000 | | | |
| | 25 | | Lot Lot 210, district 3, Ashley Trace Sub, Henry County, GA $100.00 | 1110-000 | | | |
| | 26 | | 1005 Hamilton Dr., Henry County, GA $100.00 | 1110-000 | | | |

Page Subtotals: $5,138.12    $467.17

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-10022
Case Name: High-Top Holdings, Inc.

Trustee Name: JAMES G. BAKER
Bank Name: Union Bank
Account Number/CD#: XXXXXX6543
Checking

Exhibit 9

Taxpayer ID No: XX-XXX5227
For Period Ending: 05/08/2019

Blanket Bond (per case limit): $30,203,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 27 | | 179 Ashley Trace Dr., Henry County | $100.00 | 1110-000 | | | |
| | 28 | | 187 Ashley Trace Dr., Henry County, GA | $100.00 | 1110-000 | | | |
| | 29 | | 195 Ashley Trace, Henry County, GA | $100.00 | 1110-000 | | | |
| | 30 | | 718 Derek Place, Henry County | $100.00 | 1110-000 | | | |
| | 32 | | 5 acres, agricultural, Aonia Rd., Wilkes County, GA | $1,500.00 | 1110-000 | | | |
| | 33 | | 386 Aonia Rd., 9.76 acres agricultural, Wilkes County | $1,500.00 | 1110-000 | | | |
| | 43 | | .98 acres, Warren County | $100.00 | 1210-000 | | | |
| 06/04/18 | 50 | Georgia DCA | Rent 4183 Old Atlanta Road | 1222-000 | $630.00 | | $195,733.70 |
| 07/03/18 | 50 | GA DCA | Rent 4183 Old Atlanta Road | 1222-000 | $630.00 | | $196,363.70 |
| 07/25/18 | 52 | High Top Holdings, Inc. of GA | Per Motion to Sell, hearing 8/29 | 1210-000 | $1,000.00 | | $197,363.70 |
| 08/01/18 | 107 | Bank of the Ozarks c/o Ron C. Bingham, II Adams and Reese, LLP 3424 Peachtree Road, NE Suite 450 Atlanta, GA 30326 | Order dated 8/1/18, Docket #224 | 4110-000 | | $24,361.29 | $173,002.41 |
| 08/01/18 | 108 | RREF II BB-GA, LLC c/o Lisa Wolgast Morris, Manning & Martin, LLP 1600 Atlanta Financial Center 3343 Peachtree Road, NE Atlanta, GA 30326 | Order dated 8/1/18, Docket #224 | 4110-000 | | $24,361.29 | $148,641.12 |
| 03/08/19 | 109 | JAMES G. BAKER CHAPTER 7 TRUSTEE 305 NORTH GREENWOOD STREET LAGRANGE, GA 30240 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $39,777.46 | $108,863.66 |

Page Subtotals: $2,260.00   $88,500.04

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-10022
Case Name: High-Top Holdings, Inc.

Trustee Name: JAMES G. BAKER
Bank Name: Union Bank
Account Number/CD#: XXXXXX6543
Checking

Taxpayer ID No: XX-XXX5227
For Period Ending: 05/08/2019

Blanket Bond (per case limit): $30,203,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/08/19 | 110 | JAMES G. BAKER CHAPTER 7 TRUSTEE 305 NORTH GREENWOOD STREET LAGRANGE, GA 30240 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2200-000 | | $60.84 | $108,802.82 |
| 03/08/19 | 111 | Clerk, United States Bankruptcy Court 1340 Russell Federal Building 75 Ted Turner Drive, SW Atlanta, GA 30303 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2700-000 | | $15.00 | $108,787.82 |
| 03/08/19 | 112 | United States Trustee 1340 Russell Federal Building 75 Ted Turner Drive, SW Atlanta, GA 30303 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2950-000 | | $325.00 | $108,462.82 |
| 03/08/19 | 113 | James G. Baker P. C. 305 North Greenwood St. LaGrange, GA 30240 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3110-000 | | $34,485.50 | $73,977.32 |
| 03/08/19 | 114 | James G. Baker P. C. 305 North Greenwood St. LaGrange, GA 30240 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3120-000 | | $1,228.99 | $72,748.33 |
| 03/08/19 | 115 | Stonebridge Accounting & Forensics LLC P. O. Box 1290 Grayson, GA 30017 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3410-000 | | $10,506.00 | $62,242.33 |
| 03/08/19 | 116 | Stonebridge Accounting & Forensics LLC P. O. Box 1290 Grayson, GA 30017 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3420-000 | | $243.41 | $61,998.92 |
| 03/08/19 | 117 | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | Final distribution to claim 4 creditor account # representing a payment of 100.00 % per court order. | 4300-000 | | $13,823.26 | $48,175.66 |
| 03/08/19 | 118 | James G. Baker Chapter 11 Trustee 305 N. Greenwood Street LaGrange, GA 30240 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 6102-000 | | $168.85 | $48,006.81 |

Page Subtotals:                 $0.00       $60,856.85

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: 16-10022 | | Trustee Name: JAMES G. BAKER | Exhibit 9 |
| Case Name: High-Top Holdings, Inc. | | Bank Name: Union Bank | |
| | | Account Number/CD#: XXXXXX6543 | |
| | | Checking | |
| Taxpayer ID No: XX-XXX5227 | | Blanket Bond (per case limit): $30,203,000.00 | |
| For Period Ending: 05/08/2019 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/08/19 | 119 | James G. Baker P. C.<br>305 North Greenwood St.<br>LaGrange, GA 30240 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 6110-000 | | $7,050.50 | $40,956.31 |
| 03/08/19 | 120 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Final distribution to claim 4 creditor account # representing a payment of 100.00 per court order. | 5800-000 | | $1,026.00 | $39,930.31 |
| 03/08/19 | 121 | Rref Ii Bb-Ga Llc<br>C/O Lisa Wolgast<br>3343 Peachtree Road Ne, Suite 1600<br>Atlanta, Ga 30326 | Final distribution to claim 7 creditor account # representing a payment of 8.87 % per court order. | 7100-000 | | $39,930.31 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $207,624.78 | $207,624.78 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $207,624.78 | $207,624.78 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $207,624.78 | $207,624.78 |

Page Subtotals:                $0.00        $48,006.81

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6543 - Checking | $207,624.78 | $207,624.78 | $0.00 |
| | $207,624.78 | $207,624.78 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $522,924.47 |
| Total Net Deposits: | $207,624.78 |
| Total Gross Receipts: | $730,549.25 |

Page Subtotals:                                    $0.00            $0.00